**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION**

| | | |
|---|---|---|
| **JOE HAND PROMOTIONS, INC.,** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | |
| **v.** | § | **CAUSE NO. EP-24-CV-214-KC** |
| | § | |
| **CITY SLICKERS LIMITED** | § | |
| **LIABILITY COMPANY and** | § | |
| **KENNETH O. EKECHUKWU,** | § | |
| | § | |
| **Defendants.** | § | |

**ORDER ADOPTING REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE**

On this day, the Court considered United States Magistrate Judge Robert F. Castaneda's Report and Recommendation ("R&R"), ECF No. 12. On October 24, 2024, Plaintiff filed a Motion for Default Judgment ("Motion"), ECF No. 11, against Defendants. The Court referred the Motion to Magistrate Judge Castaneda. Apr. 11, 2025, Text Order.

Magistrate Judge Castaneda filed the R&R on May 2, 2025, recommending that the Court grant in part and deny in part Plaintiff's Motion. Parties have fourteen days from a service of a Report and Recommendation of a United States Magistrate Judge to file written objections. *See* 28 U.S.C. § 636(b)(1)(C).[1] Over fourteen days have elapsed since the R&R, and no objections have been filed.

When parties do not file written objections, courts apply a "clearly erroneous, abuse of discretion and contrary to law" standard of review to a report and recommendation. *United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989). After reviewing the R&R, the Court

---

[1] Federal district courts conduct de novo review of those portions of a report and recommendation to which a party has objected. *See* 28 U.S.C. § 636(b)(1)(C) ("A judge . . . shall make a de novo determination of those portions of the report . . . to which objection is made . . . .").

agrees with Magistrate Judge Castaneda's proposed findings of fact and conclusions of law and finds that they are neither clearly erroneous nor contrary to law.

Accordingly, the Court **ADOPTS** the R&R, ECF No. 12, in its entirety, and **ORDERS** that Plaintiff's Motion for Default Judgment, ECF No. 11, is **GRANTED** in part and **DENIED** in part.

**IT IS FURTHER ORDERED** that **DEFAULT JUDGMENT** is **ENTERED** in favor of Plaintiff Joe Hand Promotions, Inc. and against Defendants City Slickers Limited Liability Company and Kenneth O. Ekechukwu.

**IT IS FURTHER ORDERED** that Defendants City Slickers Limited Liability Company and Kenneth O. Ekechukwu are jointly and severally liable and **SHALL PAY** Plaintiff:

a. **$1,080.00** in statutory damages pursuant to 47 U.S.C. § 605(e)(3)(C)(i)(II);

b. **$1,350.00** in enhanced damages pursuant to 47 U.S.C. § 605(e)(3)(C)(ii);

c. **$2,200.00** in attorneys' fees pursuant to 47 U.S.C. § 605(e)(3)(B)(iii); and

d. **$417.00** in costs pursuant to 47 U.S.C. § 605(e)(3)(B)(iii).

In total, the Court **GRANTS** default judgment in favor of Plaintiff and against Defendants City Slickers Limited Liability Company and Kenneth O. Ekechukwu in the amount of **$5,047.00** including costs.

**IT IS FURTHER ORDERED** that all monetary judgments awarded herein shall accrue post-judgment interest at the legal rate prescribed by 28 U.S.C. § 1961, calculated from the date of this Order.

The Clerk shall close the case.

**SO ORDERED.**

**SIGNED this 20th day of May, 2025.**

_____
**KATHLEEN CARDONE**
**UNITED STATES DISTRICT JUDGE**